# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC. and<br>DR. MICHAEL ADAMS,<br><br>    Defendants. | Case No. 3:15-cv-01025-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: January 3, 2018

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY:**   s/Tina Gray
                                                        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**